# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **EUGENE ROSALES,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**LVNV FUNDING LLC, A** )<br>**South Carolina Limited Liability** )<br>**Company,** )<br>)<br>**Defendant.** ) | Case No. 8:13CV280<br><br>**ORDER OF RECUSAL** |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the complaint filed in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

**IT IS SO ORDERED.**

Dated this 10th day of September 2013.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge