IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**EUGENE ROSALES,**

    Plaintiff,        8:13CV280

vs.

**LVNV FUNDING, LLC.,**        ORDER

    Defendant.

  This matter is before the court on the parties' Joint Stipulation to Dismiss with Prejudice (Filing No. 19). The court finds that the parties' joint stipulation should be granted in accordance with Fed. R. Civ. P. 41(a).

  **IT IS ORDERED** that the parties' joint stipulation (Filing No. 19) is granted and this case is dismissed with prejudice, each party to bear its own costs.

  Dated this 2nd day of April, 2014.

                BY THE COURT:

                s/ Thomas D. Thalken
                United States Magistrate Judge